# IN THE SUPREME COURT OF THE STATE OF NEVADA

1209 VILLAGE WALK TRUST, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellant,
vs.
U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE UNDER THE SECURITIZATION SERVICING AGREEMENT DATED AS OF JULY 1, 2005 STRUCTURED ASSET SECURITIES CORPORATION STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS THROUGH CERTIFICATES, SEIRES 2005-HE1, A NATIONAL BANK ASSOCIATION,
Respondent.

No. 72016

**FILED**

FEB 06 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on December 29, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A Brown_

cc: Hon. Kenneth C. Cory, District Judge
HOA Lawyers Group, LLC
Houser & Allison, APC
Eighth District Court Clerk